UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 3:12-CR-99 RM |
| ) | |
| JESUS DELEON, SR. ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on October 24, 2012 [Doc. No. 18]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Jesus DeLeon, Sr.'s plea of guilty, and FINDS the defendant guilty of Count 1 the Indictment, in violation of 18 U.S.C. § 922(a)(6).

SO ORDERED.

ENTERED:  November 26, 2012

/s/ Robert L. Miller, Jr.
Judge
United States District Court